NICOLE U. RINKE (Cal. Bar No. 257510)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89449
Telephone: (775) 588-4547
Facsimile:  (775) 588-4527

Attorney for Plaintiff,
TAHOE REGIONAL PLANNING AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, | CASE NO. 2:09-CV-00412-MCE-EFB |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| JAMES ROBERTS, ALAN and ALVINA LUNDBERG, and STEVE KELLER | |
| Defendants. | |

[

In accordance with Plaintiff's Notice of Settlement and Request for Dismissal filed October 14, 2009, the above-captioned matter is hereby DISMISSED in its entirety with prejudice.  The Clerk of Court is directed to close its file.

DATED: October 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1